# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

In the Matter of UNITED STATES OF AMERICA       Case Number:       21CR371

Vs.

VALERIE GAYTAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

VALERIE GAYTAN

NAME (Type or print)
MICHAEL F. CLANCY

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ MICHAEL CLANCY

FIRM LAW OFFICES OF MICHAEL F. CLANCY

STREET ADDRESS 53 W. JACKSON, SUITE 1401

CITY/STATE/ZIP CHICAGO, ILLINOIS, 60604

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 36092       TELEPHONE NUMBER 312-427-0288

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL   X                    APPOINTED COUNSEL