IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 21 CR 371 |
| | ) | Hon. Matthew Kennelly |
| VALERIE GAYTAN | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL**

NOW COMES the defendant, Valerie Gaytan, by and through her attorney, Michael Clancy, and moves this Court for an order allowing the defendant to file her Motion to Dismiss under seal. In support of this motion, Gaytan states as follows:

1. Gaytan is charged with four co-defendants in a conspiracy to conduct financial transactions affecting interstate commerce with the proceeds of unlawful activity, namely narcotics trafficking, in violation of 18 U.S.C. §1957.

2. Gaytan seeks leave to file the above-mentioned motion under seal to protect certain sensitive information from being disclosed.

WHEREFORE, based on the foregoing, Gaytan respectfully moves this Honorable Court to allow the Motion to Dismiss to be filed under seal.

Respectfully submitted,

s/ Michael F. Clancy

MICHAEL F. CLANCY
53 W. Jackson Blvd., Suite 1401
Chicago, IL 60604
(312) 427-0288