UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   21 CR 371-2 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| VALERIE GAYTAN | ) | |

**MOTION OF THE UNITED STATES FOR ENTRY OF**
**PRELIMINARY ORDER OF FORFEITURE**

The United States of America, through MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, moves for entry of a monetary forfeiture judgment as to funds in the amount of $504,858 pursuant to the provisions of Title 18, United States Code, Section 982(a)(1) and Fed. R. Crim. P. 32.2, and in support thereof submits the following:

1.  On June 9, 2021, an indictment was returned charging defendant Valerie Gaytan, and others, with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h) (Count One), among other violations.

2.  The indictment sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 982(a)(1).

3.  On April 14, 2023, pursuant to Fed R. Crim. P. 11, defendant Valerie Gaytan entered a plea agreement as to Count One of the indictment, thereby making certain property subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1).

4.  Pursuant to the terms of the plea agreement, as a result of her violations of 18 U.S.C. § 1956(h), defendant Valerie Gaytan agreed that funds in the amount of $504,858 are subject to forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1),

because these funds represent property constituting or derived from proceeds obtained, directly or indirectly, as a result of the money laundering offense charged in Count One of the indictment.

5. Defendant Valerie Gaytan further agreed to the entry of a monetary forfeiture judgment in the amount of $504,858 and agreed to the entry of a preliminary order of forfeiture in that amount.

6. If any of the funds in the amount of the $504,858 money judgment entered against Valerie Gaytan, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value, or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall request that this Court order the forfeiture of any other property belonging to the defendant up to the value of $504,858 pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), in order to satisfy the money judgment entered by the Court.

8. Since funds in the total amount of the outstanding judgment cannot be located to satisfy the forfeiture judgment, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Fed. R. Crim. P. 32.2, the United States, upon motion before this Court, has the authority to forfeit substitute assets

to satisfy the money judgment. Should assets become available to satisfy the forfeiture judgment in the future, the United States shall, at that time, file a motion for substitution of assets before this Court requesting permission to seize such assets and publish notice of the United States' intent to forfeit the property to satisfy the forfeiture money judgment according to law.

9        Pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2, the United States requests that the terms and conditions of this preliminary order of forfeiture entered by this Court be made part of the sentence imposed against defendant Valerie Gaytan and included in any judgment and commitment order entered in this case against her.

WHEREFORE, pursuant to the provisions of 18 U.S.C. § 982(a)(1), Fed R. Crim. P. 32.2, the United States requests that this Court enter a preliminary order of forfeiture as to the funds in the amount of $504,858 in accordance with the draft preliminary order of forfeiture which is submitted herewith.

                            Respectfully submitted,

                            MORRIS PASQUAL
                            Acting United States Attorney

                            */s Erika L. Csicila*
By:   _____
                            ERIKA L. CSICILA
                            Assistant United States Attorney
                            219 South Dearborn St., Room 500
                            Chicago, Illinois 60604
                            (312) 353-5370